**UNITED STATES DISTRICT COURT**
**DISTRICT OF KANSAS**

**FILED**
**U.S. District Court**
**District of Kansas**
02/25/0226

**Clerk, U.S. District Court**
**By:** SND **Deputy Clerk**

**DUONG THUC NGUYEN,**

          **Petitioner,**

**v.**                               **Case No. 26-3008-JWL**

**CRYSTAL CARTER, TODD LYONS,**
**and PAM BONDI,**

          **Respondents.**

## JUDGMENT IN A CIVIL CASE

**( )**    **JURY VERDICT.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**(x)**    **DECISION BY THE COURT.**  This action came before the Court.  The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the petition for habeas corpus pursuant to 28 U.S.C. § 2241 is granted in part. Respondents are ordered to ensure that petitioner receives a bond hearing on or before March 13, 2026, and to provide notice to this Court once that bond hearing has been conducted. The Court denies petitioner's request for further relief concerning that hearing.

Entered on the docket 02/25/26

**Dated:  February 25, 2026**         **SKYLER B. O'HARA**
                                     **CLERK OF THE DISTRICT COURT**

                                   **s/S. Nielsen-Davis**
                                   **Deputy Clerk**